STATE v. WALKER

No. 349P90

Case below: 99 N.C.App. 363

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE v. WALLER

No. 508P90

Case below: 100 N.C.App. 331

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE EX REL. UTILITIES COMMISSION v.
VILLAGE OF PINEHURST

No. 362PA90

Case below: 99 N.C.App. 224

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 10 January 1991.

SUMMER v. ALLRAN

No. 523P90

Case below: 100 N.C.App. 182

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

WADDLE v. SPARKS

No. 476A90

Case below: 100 N.C.App. 129

Petitions by defendant (Mills) and by defendant (Sparks) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 10 January 1991. Petition by plaintiff (Jacqueline E. Simpson) for discretionary review pursuant to G.S. 7A-31 allowed 10 January 1991.